Michael K. Friedland (SBN 157,217)
michael.friedland@knobbe.com
Lauren Keller Katzenellenbogen (SBN 223,370)
Lauren.katzenellenbogen@knobbe.com
KNOBBE, MARTENS, OLSON & BEAR, LLP
2040 Main Street, Fourteenth Floor
Irvine, CA  92614
Telephone: (949) 760-0404
Facsimile: (949) 760-9502

Attorneys for Plaintiff THERM-TECH AS

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THERM-TECH AS, a Norwegian company, | Civil Action No. **'15CV0286 BAS KSC** |
| Plaintiff, | **COMPLAINT FOR PATENT INFRINGEMENT** |
| v. | |
| BIOLITE LLC, a Delaware corporation, | **DEMAND FOR JURY TRIAL** |
| Defendant. | |

COMPLAINT

Plaintiff Therm-Tech AS ("Therm-Tech") hereby alleges against BioLite LLC ("BioLite") as follows:

## I.  <u>JURISDICTION AND VENUE</u>

1.      This is an action for patent infringement under 35 U.S.C. §§ 271 and 281.

2.      This Court has subject matter jurisdiction pursuant to 28 U.S.C. §§ 1331 and 1338(a), as this action arises under the Patent Laws of the United States, 35 U.S.C. §§ 100 et seq.

3.      This Court has personal jurisdiction over the Defendant because the Defendant has a continuous, systematic, and substantial presence within this judicial district, including by regularly doing and soliciting business and deriving revenue from goods and services provided to individuals in this Judicial District, and because it has committed at least a portion of the infringement alleged herein in this judicial district.

4.      Venue is proper in this judicial district under 28 U.S.C. § 1391 (b) and (c), and 28 U.S.C. § 1400 (b).

## II.  <u>THE PARTIES</u>

5.      Plaintiff Therm-Tech AS, is a Norwegian company and has a principal place of business at Teknologiveien 12, N-8517, Narvik, Norway.

6.      Plaintiff is informed and believes, and thereon alleges, that Defendant BioLite LLC is a limited liability company organized and existing under the laws of the State of Delaware and has a place of business at 65 Jay Street, 4th Floor, Brooklyn, NY 11201.

7.      Plaintiff is informed and believes, and thereon alleges, that Defendant regularly conducts business in, and has continuous and systematic contacts with, the State of California and this district.

/ / /

/ / /

COMPLAINT

## III.  GENERAL ALLEGATIONS

8.      On March 26, 2013, the United States Patent and Trademark Office duly and legally issued United States Letters Patent No. 8,404,962 ("the '962 patent"), entitled "Thermoelectric Generator for Battery Charging and Power Supply" and naming Bjørn Eirik Birkeland, Finn Erik Såghus, Erik Rosness as its inventors.  Therm-Tech is the owner by assignment of all right, title, and interest in the '962 patent.  A copy of the '962 patent is attached hereto as Exhibit A.

9.      On July 15, 2014, the United States Patent and Trademark Office duly and legally issued United States Letters Patent No. 8,779,275 ("the '275 patent"), entitled "Thermoelectric Generator Battery Charger and Power Supply" and naming Bjørn Eirik Birkeland, Finn Erik Såghus, Erik Rosness as its inventors.  Therm-Tech is the owner by assignment of all right, title, and interest in the '275 patent.  A copy of the '275 patent is attached hereto as Exhibit B.

10.      The '962 patent and the '275 patent are sometimes referred to herein collectively as "the Patents."

11.      Defendant sells portable thermoelectric generator devices including, for example and without limitation, its CampStove, BaseCamp, and KettleCharge products.

12.      Therm-Tech is informed and believes, and thereon alleges, that Defendant has infringed and is still infringing the Patents by making, selling, and using at least the thermoelectric generator devices listed above that infringe one or more claims of the Patents, and Defendant will continue to do so unless enjoined by this Court.

13.      Therm-Tech is informed and believes, and thereon alleges that Defendant through its agents, employees and servants has, and continues to, knowingly, intentionally, and willfully directly infringe the Patents in violation

of 35 U.S.C. § 271(a), by selling and offering for sale devices covered by the Patents including, without limitation, Claims 1, 6, and 7 of the '962 patent and Claims 1, 3, 4, and 10-15 of the '275 patent.

14.     Therm-Tech is informed and believes, and thereon alleges that Defendant knew of the Patents at least as early as July 18, 2014, the date on which Defendant received a letter from Therm-Tech informing Defendant of the existence of the Patents.

## IV.  **FIRST CLAIM FOR RELIEF**

(Patent Infringement)
(35 U.S.C. § 271)

15.     Therm-Tech repeats and re-alleges each and every allegation set forth in this complaint as if set forth here in full.

16.     Defendant, through its agents, employees and servants, has, and continues to, knowingly, intentionally and willfully directly infringe, engage in acts of contributory infringement, and/or induce the infringement of one or more of the Patents by directly or indirectly making, using, selling, offering for sale, and/or importing products (including, for example, Defendant's CampStove, BaseCamp, and KettleCharge products) which are covered by one or more of the Patents.

17.     Defendant's infringement has been and continues to be intentional, knowing, willful, and deliberate, without license, without justification, and with full knowledge of Therm-Tech's rights.

18.     Defendant has derived, received, and will continue to derive and receive from its infringement, gains, profits, and advantages, in amounts not presently known to Therm-Tech.

19.     As a direct and proximate consequence of Defendant's infringement of one or more of the Patents, Therm-Tech has suffered and will continue to suffer damages in an amount not yet determined.

COMPLAINT

20.     Defendant will continue to directly and/or indirectly infringe one or more of the Patents to the great and irreparable injury of Therm-Tech, unless enjoined by this Court.

21.     Pursuant to 35 U.S.C. § 284, Therm-Tech is entitled to damages for infringement and treble damages together with interest and costs as fixed by this Court.

22.     Pursuant to 35 U.S.C. § 285, Therm-Tech is entitled to reasonable attorneys' fees for the necessity of bringing this claim.

### V.  PRAYER FOR RELIEF

**WHEREFORE**, Therm-Tech prays for relief as follows:

A.     For an Order declaring that the '962 patent and the '275 patent were duly and legally issued, are valid, and are enforceable;

B.     For an Order adjudging Defendant to have infringed one or more of the Patents;

C.     For an Order adjudging Defendant to have willfully and deliberately infringed one or more of the Patents;

D.     For an Order that Defendant, its officers, agents, servants, employees, and attorneys, and those persons in active concert or participation with them who receive actual notice of the order by personal service or otherwise, be preliminarily and permanently enjoined from directly or indirectly infringing the Patents;

E.     For a judgment be entered against Defendant awarding Therm-Tech all damages proven at trial, and in no event less than a reasonable royalty, for infringement of the Patents;

F.     For a recovery of treble damages pursuant to 35 U.S.C.§ 284, in an amount to be determined at trial, as a result of Defendant's willful and deliberate infringement of the Patents;

COMPLAINT

1       G.    For an Order deeming this to be an exceptional case within the

2   meaning of 35 U.S.C. § 285, entitling Therm-Tech to an award of its reasonable

3   attorneys' fees, expenses and costs in this action;

4       H.    For an assessment of pre-judgment and post-judgment interest and

5   costs against Defendant and in favor of Therm-Tech, and an award of this

6   interest and costs to Therm-Tech.

7       I.    That this Court award such other relief to Therm-Tech which the

8   Court deems just and reasonable.

9
10                     Respectfully submitted,

                  KNOBBE, MARTENS, OLSON & BEAR, LLP

11
12
13   Dated: <u>February 11, 2015</u>    By: <u>*/s/ Lauren Keller Katzenellenbogen*</u>

14                     Michael K. Friedland

                  Lauren Keller Katzenellenbogen

15                     Attorneys for Plaintiff, THERM-TECH AS

16
17
18
19
20
21
22
23
24
25
26
27
28

## DEMAND FOR JURY TRIAL

Pursuant to Rule 38(b) of the Federal Rules of Civil Procedure, Plaintiff Therm-Tech AS hereby demands a jury trial on all issues so triable that are raised herein or that hereinafter may be raised in this action.

Respectfully submitted,

KNOBBE, MARTENS, OLSON & BEAR, LLP

Dated: February 11, 2015   By: */s/ Lauren Keller Katzenellenbogen*
Michael K. Friedland
Lauren Keller Katzenellenbogen

Attorneys for Plaintiff, THERM-TECH AS

19960291

COMPLAINT

# <u>TABLE OF EXHIBITS</u>

<u>**Page #**</u>

Exhibit A................................................................................................1

Exhibit B ...............................................................................................6

# EXHIBIT A

US008404962B2

(12) **United States Patent**
Birkeland et al.

(10) Patent No.: **US 8,404,962 B2**
(45) Date of Patent: **Mar. 26, 2013**

(54) **THERMOELECTRIC GENERATOR FOR BATTERY CHARGING AND POWER SUPPLY**

(75) Inventors: **Bjørn Erik Birkeland**, Narvik (NO); **Finn Erik Såghus**, Narvik (NO); **Erik Rosness**, Asker (NO)

(73) Assignee: **Therm-Tech AS**, Narvik (NO)

( * ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 159 days.

(21) Appl. No.: **12/602,032**

(22) PCT Filed: **Jul. 28, 2009**

(86) PCT No.: **PCT/EP2009/059725**
§ 371 (c)(1),
(2), (4) Date: **Apr. 7, 2010**

(87) PCT Pub. No.: **WO2010/012718**
PCT Pub. Date: **Feb. 4, 2010**

(65) **Prior Publication Data**
US 2012/0181971 A1       Jul. 19, 2012

(30) **Foreign Application Priority Data**

Aug. 1, 2008   (NO) .................................. 20083371

(51) **Int. Cl.**
H01L 35/00        (2006.01)
H01L 35/30        (2006.01)
H01M 10/46        (2006.01)
(52) **U.S. Cl.** ......................... **136/207**; 136/205; 320/101
(58) **Field of Classification Search** ................. 320/101,
320/DIG. 19, DIG. 21; 136/205, 206, 207,
136/217, 218, 230–232, 200, 211, 212, 242
See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 528,924 A | 11/1894 | Cox | |
| 3,082,276 A * | 3/1963 | Corry et al. ................... | 136/205 |
| 6,166,317 A | 12/2000 | Volk, Jr. | |
| 6,410,842 B1 | 6/2002 | McAlonan | |
| 8,089,242 B2 * | 1/2012 | Loudot ......................... | 320/101 |
| 8,101,846 B1 * | 1/2012 | Schroeder et al. ........... | 136/200 |
| 2006/0118157 A1 | 6/2006 | Johnson et al. | |
| 2007/0096564 A1 | 5/2007 | Maeda | |
| 2008/0111517 A1 * | 5/2008 | Pfeifer et al. ............... | 320/101 |
| 2011/0139407 A1 * | 6/2011 | Ohler et al. ............. | 165/104.28 |

FOREIGN PATENT DOCUMENTS

| | | |
|---|---|---|
| EP | 0 945 680 A1 | 9/1999 |
| JP | 2006-032848 | 2/2006 |
| KR | 2003-0004648 | 1/2003 |

OTHER PUBLICATIONS

International Search Report for PCT/EP2009/059725 dated Oct. 7, 2009.
Norwegian Search Report for 2008 3371 dated Jan. 29, 2009.

* cited by examiner

*Primary Examiner* — Richard V Muralidar
(74) *Attorney, Agent, or Firm* — Knobbe, Martens, Olson & Bear LLP

(57)            **ABSTRACT**

A portable device for supplying with power of at least one portable electrical load or gadget (**70**), wherein the device (**10**) is adapted to be manually heated and comprises at least one thermoelectric element (**20**) having one hot or warm side (**21**) and one cold side (**22**), a container (**30**) attached to the cold side (**22**) and adapted for holding or keeping a cooling medium or fluid (**90**) therein, a power converter (**60**) and a set of cables (**65**) coming out of the thermoelectric element (**20**) and connected to the electrical load (**70**) via the power converter (**60**).

**7 Claims, 1 Drawing Sheet**





US 8,404,962 B2

1

## THERMOELECTRIC GENERATOR FOR BATTERY CHARGING AND POWER SUPPLY

### CROSS REFERENCE TO RELATED APPLICATIONS

This application claims the benefit and priority to and is a U.S. National Phase Application of PCT International Application Number PCT/EP2009/059725, filed on Jul. 28, 2009, designating the United States of America and published in the English language, which is an International Application of and claims the benefit of priority to Norwegian Patent Application No. NO 2008 3371, filed on Aug. 1, 2008. The disclosures of the above-referenced applications are hereby expressly incorporated by reference in their entireties.

### FIELD OF THE INVENTION

The present invention relates to a portable charger and power supply using an alternative energy source and capable of charging at least one battery and/or supplying with power at least one portable load or gadget, where the common power is not supplied or present, e.g. for outdoor use in the wilderness. Said at least one battery that is being charged by the charger is to be used in a portable load or gadget such as for example a mobile or satellite phone, video or digital camera, CD, DVD or MP3 player, iPod, GPS device, laptop or other portable consumer or load.

### BACKGROUND OF THE INVENTION

Lots of people enjoy getting out in the wilderness. However, most of them are still attached to their everyday gadgets such as mobile phones, cameras, MP3 players, etc. Most of these devices are driven by rechargeable batteries. Thus, there is a need for a portable charger and power supply capable of charging at least one battery and/or supplying with power at least one portable gadget, without using a conventional electrical power source.

Portable chargers converting light energy obtained from the sun into electrical energy which is to be supplied to a battery for charging it, are known in the art, cf. Korean (KR) patent publication No. 20010003661 and Japanese (JP) patent publication No. 9182315. However, these chargers depend on the local conditions. For example, if the weather is cloudy or in polar areas during winter, the chargers most probably will not work.

Hence, an improved portable battery charger and power supply using alternative energy and adapted for outdoor or wilderness use would be advantageous, and in particular a more efficient and/or reliable portable battery charger and power supply using alternative energy and adapted for outdoor or wilderness use would be advantageous.

### OBJECT OF THE INVENTION

It is an object of the present invention to provide a portable device using alternative energy that is capable of being converted into electrical energy and being controlled by a user, wherein the generated energy is used to charge at least one battery for use in a portable gadget/portable electrical load, and/or to supply with power the same and/or another portable gadget or electrical load.

Another object of the present invention is to provide a portable device using the thermoelectric effect, also called as

2

Seeebeck or Peltier effect, in order to charge at least one battery and/or to supply with power a small portable gadget or electrical load.

Yet another object of the present invention is to provide a portable device for charging at least one battery and for supplying with power a small portable gadget or electrical load, wherein the portable device comprises means for protecting the thermoelectric element(s) and electronic circuits therein. The small portable gadget or electrical load can also be protected by said protection means.

Preferably said portable device according to the invention is adapted for outdoor or wilderness use, where the common power is not supplied or present.

It is a further object of the present invention to provide an alternative to the prior art.

It may also be seen as an object of the present invention to provide a portable battery charger and power supply adapted for outdoor or wilderness use that solves the above mentioned problems of the prior art.

### SUMMARY OF THE INVENTION

Thus, the above described objects and several other objects are intended to be obtained in a first aspect of the invention by providing a portable battery charger and power supply according to the claims.

One aspect of the present invention is to provide a portable device for charging at least one rechargeable battery and/or for supplying with power at least one portable gadget or load, wherein the portable device comprises at least one thermoelectric element with one cold side and one hot or warm side, an electronic power converter and a container on the cold side for holding or keeping a cooling medium or fluid therein. The portable device can further comprise means for protecting said at least one thermoelectric element and electronic circuits from being permanently damaged. The protective device or means is completely self-sufficient. Neither the user nor the electric load (battery or portable gadget) needs to be aware of or be involved with this device.

Another aspect of the invention is to provide a portable device using an alternative energy source and adapted for outdoor or wilderness use, where the common power is not supplied or present.

When the portable device is not used as a charger and/or power supply, its container can be used to hold valuables or other articles of value or interest, and/or the container can be used as a lunch box (for keeping food therein) or plate (for eating food therefrom). Additionally, the container can be watertight. The container can also have other areas of application of benefit for the user being out in the wilderness.

When in use the portable device can have its container filled with e.g. cold water, snow or ice in order to add or provide cold on the cold side of said at least one thermoelectric element. Heat can be added on the hot side of said at least one thermoelectric element, i.e. on the underside of the portable device, by way of manually tended open flames, such as charcoal fire, campfire, camping heater, cooker, wood-burning stove (e.g. in a cabin, cottage or vessel), etc. The portable device uses the thermoelectric effect (Seebeck or Peltier effect). The device will also work with the water boiling in the container, wherein the boiling water represents the cooling medium or fluid on the cold side and can be used for example for making tea or coffee. Electricity is generated by said at least one thermoelectric element (also called Seebeck or Peltier element) provided between the cold side and the hot side. The generated electricity is then monitored and converted by said power converter, e.g. but not limited to only:

## EXHIBIT A
## Page 3

US 8,404,962 B2

3

4

input from about 0.1 V to about 30 V, particularly about 0.4-10 V, and output about 1.2-1.5 V/0.5-4 A or about 5 V/0.5-1.0 A. Then the available output power is used to charge said at least one battery and/or to supply with power said portable gadget or load. The rechargeable battery can be of type AA or AAA or other commercially available types suitable for mobile or satellite phones, video or digital cameras, CD, DVD or MP3 players, GPS devices, laptops, portable radio, etc. For example a mobile phone and particularly its battery will very fast be charged sufficiently enough to be able to make an emergency call if necessary. Full charging of the mobile phone battery will for example occur in about 1 hour. It will also be possible to charge 1, 2, 3 or 4 rechargeable batteries of type AA or AAA. The device can comprise at least one cable coming out of the converter and having at one end thereof at least one male plug or female receptacle which is to be plugged in the respective female receptacle or male plug of the portable gadget or load, for supplying it with power or for charging its battery or battery pack.

Another aspect of the present invention is to provide a portable device for charging at least one rechargeable battery and/or supplying with power at least one portable gadget or load, wherein the portable device comprises means for protecting the thermoelectric element(s) and electronic circuits.

The thermoelectric or Seebeck generators or elements can be used with manually tended open flames. In such applications these devices using the thermoelectric effect are susceptible to damage from overheating due to diverted attention of the user. The remedy is to be careful, wasting time and fuel on a generator not operating under optimum conditions, or have some protection device or means.

The protection means monitors the temperature on the cold side of the portable device and the actual power delivered from the device. The temperature on the cold side is measured by a suitable sensor. Measuring the temperature on the hot side proves difficult because of the harsh environment of flames there, including smoke and deposits, and because no reference point can be defined on the hot side as the heat there cannot be expected to distribute evenly from an open flame. The cold side, on the other hand, must provide a heat transportation system which normally leads the heat in a well defined flow incorporating good reference points.

As the temperature rises, the thermoelectric element produces more power. If, for any reason such as when the batteries are fully charged, the power is not consumed by the load, the output voltage of the element starts building up. To protect the load from overvoltage, a circuit for dumping excess power can be used to keep the output or generated voltage within a safe limit.

At some point when heating up, the combination of the cold side temperature and the power being produced indicates that the hot side temperature may damage the element. In such case, the excess power dumping circuit is activated, draining the power out of the element. This increases the heat flow through the element, effectively draining away dangerous heat from the hot side. It is also possible to have an audible and/or visible indicator showing or reminding the user that the flame (of e.g. a gas cooker or heater) or the heat (of e.g. coal- or wood-burning stove) should be regulated.

The individual aspects of the present invention may each be combined with any of the other aspects. These and other aspects of the invention will be apparent from the following description with reference to the described embodiments and the enclosed drawings.

BRIEF DESCRIPTION OF THE DRAWINGS

The portable device for charging of a battery and/or for supplying of a portable gadget or load according to the present invention will now be described in more detail with regard to the accompanying drawings. The drawings show one way of implementing the invention and are not to be construed as being limiting to other possible embodiments falling within the scope of the attached claim set.

FIG. 1 shows a portable device according to the invention.

DETAILED DESCRIPTION OF THE EMBODIMENTS

FIG. 1 shows a schematic view of a portable device 10 according to the present invention. The device 10 can be manually heated in order to use the thermoelectric effect to supply with power at least one small or portable electrical load 70. The device 10 comprises at least one thermoelectric element 20 having one hot or warm side 21 and one cold side 22, a container 30 attached to the cold side 22 and adapted for keeping a cooling medium or fluid 90 therein, an electronic power converter 60 and a set of cables 65 coming out of said at least one thermoelectric element 20 and connected to said at least one electrical load 70 via the electronic power converter 60. The electronic power converter 60 can for example be, but is not limited to, a DC-to-DC convertor. The device 10 can further comprise means 40, 50 for protecting said at least one thermoelectric element 20, said electronic power converter 60 and possibly the electrical load 70 from being permanently damaged. When the temperature on the hot side 21 of said at least one thermoelectric element 20 exceeds 250-300° C. the chances of the thermoelectric element 20 getting damaged increase. The heat on the hot side 21 is provided by manually tended open flame(s) 80, such as charcoal fire, campfire, camping heater, cooker, wood-burning stove, etc. The protection means 40, 50 can comprise a sensor 40 for measuring the temperature on the cold side 22 and/or a circuit 50 for dumping excess power, which circuit 50 is arranged right after the thermoelectric element 20 and before the electronic power converter 60 and the electrical load 70, i.e. the excess power dumping circuit 50 is arranged between the thermoelectric element 20 and the power converter 60. Thus the power converter 60 and the electrical load 70 are also protected from being damaged. The temperature on the hot side 21 can be calculated on the basis of the measured temperature on the cold side 22 and the actual voltage and current delivered from the device 10. The actual voltage and current delivered from the device 10 can for example be detected by the excess power dumping circuit 50.

Additionally, the device 10, i.e. the protection means 40, 50, can comprise an audible and/or visible indicator 57 in order to show or remind the user that the flame(s) 80 (of e.g. a gas cooker or heater) or the heat (of e.g. coal- or wood-burning stove) should be regulated. The use of the indicator is not limited only to preventing damages; it may also indicate optimum heat for best charge rate, fuel economy, charging status, etc.

Said at least one electrical load 70 can be at least one battery or battery pack 70 that is to be charged by the device 10, or a portable gadget or load 70 that is to be supplied with power by the device 10. Said portable gadget or load 70 can for example be a mobile or satellite phone, video or digital camera, CD, DVD or MP3 player, iPod, GPS device, portable radio, laptop or the like. Said battery or battery pack can be of type AA or AAA or other commercially available types suitable for the above-mentioned gadgets.

The portable device 10 can comprise a cover 55 for the container 30 having room 56 for accommodation of up to four AA or AAA batteries 58 that are to be charged by the device

US 8,404,962 B2

5

**10**. The compartment within the container **30** can with the help of the cover be made watertight.

At least one cable coming out of the power converter **60** can at one end thereof comprise at least one male plug or female receptacle **75** which is to be plugged in the respective female receptacle or male plug of the portable gadget or load **70**, for thus supplying it with power and/or for charging its battery or battery pack.

The device **10** can be about 4 or more cm high and about 11 cm in diameter. However, the device **10** should not be limited to these dimensions only, and other suitable dimensions should thus be possible.

Although the present invention has been described in connection with the specified embodiments, it should not be construed as being in any way limited to the presented examples. The scope of the present invention is to be interpreted in the light of the accompanying claim set. In the context of the claims, the terms "comprising" or "comprises" do not exclude other possible elements or steps. Also, the mentioning of references such as "a" or "an" etc. should not be construed as excluding a plurality. The use of reference signs in the claims with respect to elements indicated in the figures shall also not be construed as limiting the scope of the invention. Furthermore, individual features mentioned in different claims, may possibly be advantageously combined, and the mentioning of these features in different claims does not exclude that a combination of features is not possible and advantageous.

The invention claimed is:

**1**. A portable device for supplying with power of at least one electrical load, wherein the device is adapted to be manually heated and comprises at least one thermoelectric element with one hot side and one cold side, a container attached to the cold side and adapted for holding or keeping a cooling medium or fluid therein, an electronic power converter and a set of cables coming out of said at least one thermoelectric

6

element and connected to said at least one electrical load via the power converter, wherein a protection means comprises an audible and/or visible indicator for reminding a user to regulate the temperature on the hot side, and wherein said indicator is adapted to indicate optimum heat for best charge rate, fuel economy and charging status.

**2**. The portable device according to claim **1**, wherein the device further comprises said protection means for protecting said at least one thermoelectric element, electric power converter, and electrical load from being damaged.

**3**. The portable device according to claim **2**, wherein said protection means comprises a sensor for measuring the temperature on the cold side and a circuit for dumping excess power, the circuit being arranged right after the thermoelectric element and before the power converter and the electrical load.

**4**. The portable device according to claim **1**, comprising a cover for the container, wherein the cover is arranged with a room for accommodation of up to four AA or AAA batteries that are to be charged by the device.

**5**. The portable device according to claim **4**, wherein a compartment within the container is made watertight with the help of the cover.

**6**. The portable device according to claim **1**, wherein said at least one electrical load is at least one battery or battery pack that is to be charged by the device or at least one portable gadget or load that is to be supplied with power by the device.

**7**. The portable device according to claim **1**, wherein at least one cable coming out of the electronic power converter is at one end thereof comprising at least one male plug or female receptacle which is to be plugged in the respective female receptacle or male plug of the portable gadget or load, for supplying it with power or for charging its battery or battery pack.

\* \* \* \* \*

# EXHIBIT B

US008779275B2

(12) **United States Patent**
Birkeland et al.

(10) Patent No.: **US 8,779,275 B2**
(45) Date of Patent: *Jul. 15, 2014

(54) **THERMOELECTRIC GENERATOR BATTERY CHARGER AND POWER SUPPLY**

(71) Applicant: **Therm-Tech AS**, Narvik (NO)

(72) Inventors: **Bjørn Eirik Birkeland**, Narvik (NO); **Finn Erik Saghus**, Narvik (NO); **Erik Rosness**, Asker (NO)

(73) Assignee: **Therm-Tech AS**, Narvik (NO)

( * ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 16 days.

This patent is subject to a terminal disclaimer.

(21) Appl. No.: **13/776,442**

(22) Filed: **Feb. 25, 2013**

(65) **Prior Publication Data**

US 2013/0167892 A1      Jul. 4, 2013

**Related U.S. Application Data**

(63) Continuation of application No. 12/602,032, filed as application No. PCT/EP2009/059725 on Jul. 28, 2009, now Pat. No. 8,404,962.

(30) **Foreign Application Priority Data**

Aug. 1, 2008      (NO) .................................... 20083371

(51) **Int. Cl.**
*H02J 7/00*          (2006.01)
*H01L 35/00*          (2006.01)
*H01L 35/30*          (2006.01)

(52) **U.S. Cl.**
CPC  . *H01L 35/30* (2013.01); *H02J 7/00* (2013.01); *H01L 35/00* (2013.01)
USPC ............................ **136/207**; 136/205; 320/101

(58) **Field of Classification Search**
USPC ............ 320/101, DIG. 19, DIG. 21; 136/205, 136/206, 207, 217, 218, 230–232, 200, 211, 136/212, 242
See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

528,924 A    11/1894  Cox
3,082,276 A  *  3/1963  Corry et al. .................. 136/205
(Continued)

FOREIGN PATENT DOCUMENTS

EP          0 945 680  A1     9/1999
JP        2006-032848        2/2006
KR      2003-0004648        1/2003

OTHER PUBLICATIONS

International Search Report for PCT/EP2009/059725 dated Oct. 27, 2009.

(Continued)

*Primary Examiner* — Richard V Muralidar
(74) *Attorney, Agent, or Firm* — Knobbe Martens Olson & Bear LLP

(57)      **ABSTRACT**

A portable device for supplying with power of at least one portable electrical load or gadget (**70**), wherein the device (**10**) is adapted to be manually heated and comprises at least one thermoelectric element (**20**) having one hot or warm side (**21**) and one cold side (**22**), a container (**30**) attached to the cold side (**22**) and adapted for holding or keeping a cooling medium or fluid (**90**) therein, a power converter (**60**) and a set of cables (**65**) coming out of the thermoelectric element (**20**) and connected to the electrical load (**70**) via the power converter (**60**).

**15 Claims, 1 Drawing Sheet**



US 8,779,275 B2

Page 2

(56)        **References Cited**

U.S. PATENT DOCUMENTS

6,166,317  A      12/2000  Volk, Jr. et al.
6,410,842  B1     6/2002   McAlonan
8,089,242  B2 *   1/2012   Loudot  .......................  320/101
8,101,846  B1 *   1/2012   Schroeder et al.  ............  136/200
8,404,962  B2 *   3/2013   Birkeland et al.  ............  136/207

2006/0118157  A1     6/2006  Johnson et al.
2007/0096564  A1     5/2007  Maeda
2008/0111517  A1 *   5/2008  Pfeifer et al.  .................  320/101
2011/0139407  A1 *   6/2011  Ohler et al.  ..............  165/104.28

OTHER PUBLICATIONS

Norwegian Search Report for 2008 3371 dated Jan. 29, 2009.

* cited by examiner

**EXHIBIT B**
**Page 7**

**U.S. Patent**          Jul. 15, 2014          US 8,779,275 B2



US 8,779,275 B2

1

**THERMOELECTRIC GENERATOR BATTERY CHARGER AND POWER SUPPLY**

RELATED APPLICATIONS

Any and all priority claims identified in the Application Data Sheet, or any correction thereto, are hereby incorporated by reference under 37 CFR 1.57.

FIELD OF THE INVENTION

The present invention relates to a portable charger and power supply using an alternative energy source and capable of charging at least one battery and/or supplying with power at least one portable load or gadget, where the common power is not supplied or present, e.g. for outdoor use in the wilderness. Said at least one battery that is being charged by the charger is to be used in a portable load or gadget such as for example a mobile or satellite phone, video or digital camera, CD, DVD or MP3 player, iPod, GPS device, laptop or other portable consumer or load.

BACKGROUND OF THE INVENTION

Lots of people enjoy getting out in the wilderness. However, most of them are still attached to their everyday gadgets such as mobile phones, cameras, MP3 players, etc. Most of these devices are driven by rechargeable batteries. Thus, there is a need for a portable charger and power supply capable of charging at least one battery and/or supplying with power at least one portable gadget, without using a conventional electrical power source.

Portable chargers converting light energy obtained from the sun into electrical energy which is to be supplied to a battery for charging it, are known in the art, cf. Korean (KR) patent publication No. 20010003461 and Japanese (JP) patent publication No. 9182315. However, these chargers depend on the local conditions. For example, if the weather is cloudy or in polar areas during winter, the chargers most probably will not work.

Hence, an improved portable battery charger and power supply using alternative energy and adapted for outdoor or wilderness use would be advantageous, and in particular a more efficient and/or reliable portable battery charger and power supply using alternative energy and adapted for outdoor or wilderness use would be advantageous.

OBJECT OF THE INVENTION

It is an object of the present invention to provide a portable device using alternative energy that is capable of being converted into electrical energy and being controlled by a user, wherein the generated energy is used to charge at least one battery for use in a portable gadget/portable electrical load, and/or to supply with power the same and/or another portable gadget or electrical load.

Another object of the present invention is to provide a portable device using the thermoelectric effect, also called as Seebeck or Peltier effect, in order to charge at least one battery and/or to supply with power a small portable gadget or electrical load.

Yet another object of the present invention is to provide a portable device for charging at least one battery and/or supplying with power a small portable gadget or electrical load, wherein the portable device comprises means for protecting the thermoelectric element(s) and electronic circuits therein.

The small portable gadget or electrical load can also be protected by said protection means.

Preferably said portable device according to the invention is adapted for outdoor or wilderness use, where the common power is not supplied or present.

It is a further object of the present invention to provide an alternative to the prior art.

It may also be seen as an object of the present invention to provide a portable battery charger and power supply adapted for outdoor or wilderness use that solves the above mentioned problems of the prior art.

SUMMARY OF THE INVENTION

Thus, the above described objects and several other objects are intended to be obtained in a first aspect of the invention by providing a portable battery charger and power supply according to the claims.

One aspect of the present invention is to provide a portable device for charging at least one rechargeable battery and/or for supplying with power at least one portable gadget or load, wherein the portable device comprises at least one thermoelectric element with one cold side and one hot or warm side, an electronic power converter and a container on the cold side for holding or keeping a cooling medium or fluid therein. The portable device can further comprise means for protecting said at least one thermoelectric element and electronic circuits from being permanently damaged. The protective device or means is completely self-sufficient. Neither the user nor the electric load (battery or portable gadget) needs to be aware of or be involved with this device.

Another aspect of the invention is to provide a portable device using an alternative energy source and adapted for outdoor or wilderness use, where the common power is not supplied or present.

When the portable device is not used as a charger and/or power supply, its container can be used to hold valuables or other articles of value or interest, and/or the container can be used as a lunch box (for keeping food therein) or plate (for eating food therefrom). Additionally, the container can be watertight. The container can also have other areas of application of benefit for the user being out in the wilderness.

When in use the portable device can have its container filled with e.g. cold water, snow or ice in order to add or provide cold on the cold side of said at least one thermoelectric element. Heat can be added on the hot side of said at least one thermoelectric element, i.e. on the underside of the portable device, by way of manually tended open flames, such as charcoal fire, campfire, camping heater, cooker, wood-burning stove (e.g. in a cabin, cottage or vessel), etc. The portable device uses the thermoelectric effect (Seebeck or Peltier effect). The device will also work with the water boiling in the container, wherein the boiling water represents the cooling medium or fluid on the cold side and can be used for example for making tea or coffee. Electricity is generated by said at least one thermoelectric element (also called Seebeck or Peltier element) provided between the cold side and the hot side. The generated electricity is then monitored and converted by said power converter, e.g. but not limited to only: input from about 0.1 V to about 30 V, particularly about 0.4-10 V, and output about 1.2-1.5 V/0.5-4 A or about 5 V/0.5-1.0 A. Then the available output power is used to charge said at least one battery and/or to supply with power said portable gadget or load. The rechargeable battery can be of type AA or AAA or other commercially available types suitable for mobile or satellite phones, video or digital cameras, CD, DVD or MP3 players, GPS devices, laptops, portable radio, etc. For

US 8,779,275 B2

**3**

example a mobile phone and particularly its battery will very fast be charged sufficiently enough to be able to make an emergency call if necessary. Full charging of the mobile phone battery will for example occur in about 1 hour. It will also be possible to charge 1, 2, 3 or 4 rechargeable batteries of type AA or AAA. The device can comprise at least one cable coming out of the converter and having at one end thereof at least one male plug or female receptacle which is to be plugged in the respective female receptacle or male plug of the portable gadget or load, for supplying it with power or for charging its battery or battery pack.

Another aspect of the present invention is to provide a portable device for charging at least one rechargeable battery and/or supplying with power at least one portable gadget or load, wherein the portable device comprises means for protecting the thermoelectric element(s) and electronic circuits.

The thermoelectric or Seebeck generators or elements can be used with manually tended open flames. In such applications these devices using the thermoelectric effect are susceptible to damage from overheating due to diverted attention of the user. The remedy is to be careful, wasting time and fuel on a generator not operating under optimum conditions, or have some protection device or means.

The protection means monitors the temperature on the cold side of the portable device and the actual power delivered from the device. The temperature on the cold side is measured by a suitable sensor. Measuring the temperature on the hot side proves difficult because of the harsh environment of flames there, including smoke and deposits, and because no reference point can be defined on the hot side as the heat there cannot be expected to distribute evenly from an open flame. The cold side, on the other hand, must provide a heat transportation system which normally leads the heat in a well defined flow incorporating good reference points.

As the temperature rises, the thermoelectric element produces more power. If, for any reason such as when the batteries are fully charged, the power is not consumed by the load, the output voltage of the element starts building up. To protect the load from overvoltage, a circuit for dumping excess power can be used to keep the output or generated voltage within a safe limit.

At some point when heating up, the combination of the cold side temperature and the power being produced indicates that the hot side temperature may damage the element. In such case, the excess power dumping circuit is activated, draining the power out of the element. This increases the heat flow through the element, effectively draining away dangerous heat from the hot side. It is also possible to have an audible and/or visible indicator showing or reminding the user that the flame (of e.g. a gas cooker or heater) or the heat (of e.g. coal- or wood-burning stove) should be regulated.

The individual aspects of the present invention may each be combined with any of the other aspects. These and other aspects of the invention will be apparent from the following description with reference to the described embodiments and the enclosed drawings.

BRIEF DESCRIPTION OF THE DRAWINGS

The portable device for charging of a battery and/or for supplying of a portable gadget or load according to the present invention will now be described in more detail with regard to the accompanying drawings. The drawings show one way of implementing the invention and are not to be

**4**

construed as being limiting to other possible embodiments falling within the scope of the attached claim set.

FIG. **1** shows a portable device according to the invention.

DETAILED DESCRIPTION OF THE EMBODIMENTS

FIG. **1** shows a schematic view of a portable device **10** according to the present invention. The device **10** can be manually heated in order to use the thermo-electric effect to supply with power at least one small or portable electrical load **70**. The device **10** comprises at least one thermoelectric element **20** having one hot or warm side **21** and one cold side **22**, a container **30** attached to the cold side **22** and adapted for keeping a cooling medium or fluid **90** therein, an electronic power converter **60** and a set of cables **65** coming out of said at least one thermoelectric element **20** and connected to said at least one electrical load **70** via the electronic power converter **60**. The electronic power converter **60** can for example be, but is not limited to, a DC-to-DC convertor. The device **10** can further comprise means **40**, **50** for protecting said at least one thermoelectric element **20**, said electronic power converter **60** and possibly the electrical load **70** from being permanently damaged. When the temperature on the hot side **21** of said at least one thermoelectric element **20** exceeds 250-300° C. the chances of the thermoelectric element **20** getting damaged increase. The heat on the hot side **21** is provided by manually tended open flame(s) **80**, such as charcoal fire, campfire, camping heater, cooker, wood-burning stove, etc. The protection means **40**, **50** can comprise a sensor **40** for measuring the temperature on the cold side **22** and/or a circuit **50** for dumping excess power, which circuit **50** is arranged right after the thermoelectric element **20** and before the electronic power converter **60** and the electrical load **70**, i.e. the excess power dumping circuit **50** is arranged between the thermoelectric element **20** and the power converter **60**. Thus the power converter **60** and the electrical load **70** are also protected from being damaged. The temperature on the hot side **21** can be calculated on the basis of the measured temperature on the cold side **22** and the actual voltage and current delivered from the device **10**. The actual voltage and current delivered from the device **10** can for example be detected by the excess power dumping circuit **50**. Additionally, the device **10**, i.e. the protection means **40**, **50**, can comprise an audible and/or visible indicator (not shown) in order to show or remind the user that the flame(s) **80** (of e.g. a gas cooker or heater) or the heat (of e.g. coal- or wood-burning stove) should be regulated. The use of the indicator is not limited only to preventing damages; it may also indicate optimum heat for best charge rate, fuel economy, charging status, etc.

Said at least one electrical load **70** can be at least one battery or battery pack **70** that is to be charged by the device **10**, or a portable gadget or load **70** that is to be supplied with power by the device **10**. Said portable gadget or load **70** can for example be a mobile or satellite phone, video or digital camera, CD, DVD or MP3 player, iPod, GPS device, portable radio, laptop or the like. Said battery or battery pack can be of type AA or AAA or other commercially available types suitable for the above-mentioned gadgets.

The portable device **10** can comprise a cover (not shown) for the container **30** having room for accommodation of up to four AA or AAA batteries that are to be charged by the device **10**. The compartment within the container **30** can with the help of the cover be made watertight.

At least one cable coming out of the power converter **60** can at one end thereof comprise at least one male plug or female receptacle **75** which is to be plugged in the respective female

US 8,779,275 B2

5

receptacle or male plug of the portable gadget or load **70**, for thus supplying it with power and/or for charging its battery or battery pack.

The device **10** can be about 4 or more cm high and about 11 cm in diameter. However, the device **10** should not be limited to these dimensions only, and other suitable dimensions should thus be possible.

Although the present invention has been described in connection with the specified embodiments, it should not be construed as being in any way limited to the presented examples. The scope of the present invention is to be interpreted in the light of the accompanying claim set. In the context of the claims, the terms "comprising" or "comprises" do not exclude other possible elements or steps. Also, the mentioning of references such as "a" or "an" etc. should not be construed as excluding a plurality. The use of reference signs in the claims with respect to elements indicated in the figures shall also not be construed as limiting the scope of the invention. Furthermore, individual features mentioned in different claims, may possibly be advantageously combined, and the mentioning of these features in different claims does not exclude that a combination of features is not possible and advantageous.

What is claimed is:

**1**. A portable device for supplying power to at least one electrical load, the device comprising:

at least one thermoelectric element having a cold side and a hot side;

an electronic power converter operably coupled to the cold side; and

a container coupled to the cold side and configured to accommodate a cooling medium;

wherein the device is configured to be manually heated and wherein the device comprises an audible or visible indicator showing the user that the heat should be regulated, wherein the audible or visible indicator is configured to indicate a charge rate of the device.

**2**. The portable device of claim **1**, the device further comprising at least one cable electrically coupling the thermoelectric element to the electronic power converter.

6

**3**. The portable device of claim **1**, the device further comprising at least one cable electrically coupling the electronic power converter to the at least one electrical load.

**4**. The portable device of claim **3**, wherein the at least one cable includes a female plug.

**5**. The portable device of claim **3**, wherein the at least one cable includes a male plug.

**6**. The portable device of claim **1**, wherein the container is configured to hold liquid.

**7**. The portable device of claim **1**, wherein the container is watertight.

**8**. The portable device of claim **1**, wherein the device can include a cover for the container.

**9**. The portable device of claim **8**, wherein the cover engages with the container in a watertight manner.

**10**. The portable device of claim **1**, wherein the device is configured to accommodate one or more batteries.

**11**. A method of using the portable device of claim **10** to supply power to at least one electrical load, the method comprising:

electrically coupling the electronic power converter to the at least one electrical load;

manually heating the hot side of the at least one thermoelectric element; and

introducing the cooling medium to the container.

**12**. The method of claim **11**, the method further comprising regulating the heat on the hot side of the at least one thermoelectric element in response to an audible or visual signal from the audible or visible indicator.

**13**. The portable device of claim **1**, wherein the at least one electrical load comprises one or more batteries.

**14**. A method of using the portable device of claim **1** to supply power to at least one electrical load, the method comprising:

electrically coupling the electronic power converter to the at least one electrical load;

manually heating the hot side of the at least one thermoelectric element; and

introducing the cooling medium to the container.

**15**. The method of claim **14**, the method further comprising regulating the heat on the hot side of the at least one thermoelectric element in response to an audible or visual signal from the audible or visible indicator.

* * * * *